# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **November 18, 2024**

**Knights of Columbus** Vs. **Town of Fairfield**

Start Time: **1:58 pm**  End Time: **2:14 pm**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **16** minute(s)

Case #: **3:22-cv-01579-AWT**
Honorable Judge: **Alvin W. Thompson**
Deputy Clerk: **L. S. Ferguson**
Counsel for Pla(s): **J. P. Sargent**
Counsel for Dft(s): **James Newhall Tallberg, Keith T. Trumbo**
Reporter/ECRO/Courtsmart: **Alicia Cayode Kyles**
Interpreter: _____ Language: _____
Hearing held: ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ☐ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ■ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

- ■ Motion **to Compel (#46)** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ■ Motion **for Ext. of Time - Sched. Order (#55)** filed by ■ Pla ■ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
- ☐ Status report due _____
- ☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24